UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ST. LUCIA CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.                                    Case No.:  2:20-cv-125-FtM-38NPM

LEXINGTON INSURANCE
COMPANY,

    Defendant.
_____/

**ORDER**[1]

Before the Court is Plaintiff's Motion to Compel Appraisal and Stay Proceedings (Doc. 9). While initially opposed, Defendant now agrees with the Motion. (Doc. 13). The parties stipulate that their dispute should proceed to appraisal in accordance with the subject insurance policy. The Court agrees, compels appraisal, and stays the case.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Motion to Compel Appraisal and Stay Proceedings (Doc. 9) is **GRANTED**. The parties must expeditiously conduct an appraisal as prescribed by the subject insurance policy and any applicable law.

2. All proceedings in this case are **STAYED** until the parties advise the Court that the appraisal was completed and the stay can be lifted. The parties must notify

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

the Court of such matters **within seven (7) days** of the appraisal proceedings concluding.

3. The parties must file a joint status report **on or before July 9, 2020**, and **every ninety (90) days** thereafter, to advise the Court on the status of the appraisal proceedings.

4. The Clerk is **DIRECTED** to add a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of April, 2020.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record